BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for the United States

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. SCHEMA,<br><br>              Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>              Defendants | CASE NO.  2:14-cv-0630-MCE-CKD-PS<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS.**<br><br>Date:        June 25, 2014<br>Time:       10:00 a.m.<br>Courtroom: 24, 8th Floor<br>Judge:      Hon. Carolyn K. Delaney |

Plaintiff served its complaint in this matter on or about March 26, 2014.  The United States filed its motion to dismiss on or about May 27, 2014.  The hearing is presently set for June 25, 2014.  Plaintiff is pro per, and requires more time to respond to the motion.  (Dkt. No. 9.)  Therefore, the parties stipulate as follows:

   1.   That Plaintiff shall have up to and including June 25, 2014, to respond to the motion;

   2.   That the United States shall have up to July 2, 2014, to file a reply; and

   3.   That the hearing date of June 25, 2014, shall be continued to July 9, 2014, at 10 a.m.

Respectfully Submitted,

Dated:  June 12, 2014                         BENJAMIN B. WAGNER
                                              United States Attorney

                                              */s/ Gregory T. Broderick*
                                              GREGORY T. BRODERICK
                                              Assistant United States Attorney

                                              */s/ John D. Schema*
                                              JOHN D. SCHEMA, in pro per

1
## ORDER

2        IT IS SO ORDERED.

3

4   Dated:  June 13, 2014

5                                                  _____
                                                   CAROLYN K. DELANEY
6                                                  UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2