UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SCHEMA,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>            Defendants. | No.  2:14-cv-0630 MCE CKD PS<br><br><br>ORDER |

       This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Calendared for hearing on July 9, 2014 is defendants' motion to dismiss.  The motion was originally calendared for hearing on June 25, 2014; the parties stipulated to continue the hearing because plaintiff needed more time to respond to the motion.  The court granted the continuance and directed that opposition be filed no later than June 25, 2014.  The parties have now requested a further extension of time for plaintiff to file opposition.

       Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party."  In addition, Local Rule 230(i) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in

sanctions.  Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Plaintiff has now had almost a month to prepare opposition to the pending motion to dismiss.  Plaintiff will be granted one final extension to file opposition.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of July 9, 2014 is vacated.

2. Plaintiff shall file opposition, if any, to the motion no later than July 16, 2014.  Failure to file opposition will be deemed as a statement of non-opposition and shall result in submission of the motion on the papers and a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

3. Reply, if any, shall be filed no later than July 23, 2014.  The matter shall thereafter stand submitted.

Dated:  June 26, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 schema.nop