BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States et al.

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. SCHEMA,<br><br>           Plaintiff,<br>     v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>           Defendants | CASE NO.  2:14-cv-0630-MCE-CKD-PS<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS.** |

     Plaintiff served his complaint in this matter on or about March 26, 2014.  The United States and its officers and employees (sued in their official capacities only) filed a motion to dismiss on May 27, 2014.  (Dkt. No. 9).  Plaintiff is pro per, and received two extensions of time in which to respond to the motion, with the final due date being July 16, 2014.  (Dkt. Nos. 13 & 16.)  The Court also vacated any hearing, and ordered the matter submitted upon the filing of the United States' reply brief, due July 24, 2014.  (*Id.*)  Plaintiff filed and served his opposition July 17, 2014.  (Dkt. No. 18).

     Now wherefore, the parties hereby stipulate that defendants shall have an extension of time of four days, up to and including July 28, 2014, in which to file their reply brief.

Respectfully Submitted,

Dated:  July 21, 2014                        BENJAMIN B. WAGNER
                                                 United States Attorney

                                                 */s/ Gregory T. Broderick*
                                                 GREGORY T. BRODERICK
                                                 Assistant United States Attorney

                                               */s/ John D. Schema*
                                                 JOHN D. SCHEMA, in pro per

**PROPOSED ORDER**

IT IS SO ORDERED.

Dated: July 29, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2