UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SCHEMA, | No. 2:14-cv-0630 MCE CKD PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | |
| Defendants. | |

Defendant's motion to dismiss is pending before the court. By order filed June 26, 2014, plaintiff was granted a second extension of time to July 16, 2014 to file opposition. Plaintiff belatedly filed opposition and defendant United States has filed a reply. Upon review of the documents in support and opposition, and good cause appearing, THE COURT FINDS AS FOLLOWS:

In this action, plaintiff alleges claims arising out of the alleged impairment by Forest Service personnel of an easement to which plaintiff claims right. Plaintiff seeks compensation in the amount of $500,000 for the allegedly wrongful interference with plaintiff's property right. This court lacks subject matter jurisdiction over the action because the United States Court of Federal Claims has exclusive jurisdiction of any claim based solely on the Constitution and which exceeds $10,000. 28 U.S.C. §§ 1346(a)(2), 1491. Plaintiff here claims

1

1   damages of $500,000, thus meeting the monetary requirement.  The gravamen of plaintiff's

2   complaint is that the actions of the United States constituted a taking of plaintiff's property in

3   violation of the Fifth Amendment.  Such a claim properly sounds in inverse condemnation, and

4   this court lacks subject matter jurisdiction over such a claim.  See Myers v. United States, 323

5   F.2d 580, 583 (9th Cir. 1963); see also Munoz v. Mabus, 630 F.3d 856, 863 n. 5 (exclusive

6   jurisdiction vested in Court of Federal Claims where amount exceeds $10,000); see also

7   Bourgeois v. United States, 545 F.2d 727, 729 n.1 (Ct. Cl. 1976) (dispute over ownership of

8   property in a takings claim does not oust jurisdiction of Court of Federal Claims).

9       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for lack of

10  subject matter jurisdiction.

11      These findings and recommendations are submitted to the United States District Judge

12  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

13  after being served with these findings and recommendations, any party may file written

14  objections with the court and serve a copy on all parties.  Such a document should be captioned

15  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

16  within the specified time may waive the right to appeal the District Court's order.  Martinez v.

17  Ylst, 951 F.2d 1153 (9th Cir. 1991).

18  Dated:  July 30, 2014

         _____
         CAROLYN K. DELANEY
         UNITED STATES MAGISTRATE JUDGE

21  4 schema-usa.57