BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. SCHEMA,<br><br>             Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>             Defendants. | No.  2:14-cv-0630-MCE-DAD PS<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The United States filed its motion to dismiss on or about May 27, 2014.  (Dkt. No. 9.)  Magistrate Judge Delaney entered Findings and Recommendations recommending that the Complaint be dismissed. (Dkt. No. 23).  Plaintiff filed objections to the Findings and Recommendations, which were sustained in part on September 4, 2014.  (Dkt. No. 31).  The matter was thereupon re-assigned to Judge Drozd.  (*See id.*)  Defendants' response to the Complaint is currently due September 18, 2014.  The parties have met and conferred to discuss potential resolution, and hereby stipulate that Defendants shall have an extension up to and including October 16, 2014, to respond to the Complaint.

Respectfully Submitted,

Dated:  September 17, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney


*/s/ Robert Wilson* (authorized on 09/17/2014)
ROBERT WILSON,
Attorney for Plaintiff

**Stip. and [Proposed] Order Re Extension of Time to Respond to Complaint**                                                                                              1

1  **ORDER**

2      Pursuant to the parties' stipulation, IT IS SO ORDERED.

3  Dated:  September 18, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.pro se
schema0630.stip.eot.ord.doc

**Stip. and [Proposed] Order Re Extension of Time to Respond to Complaint**                                2