UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. SCHEMA, | No. 2:14-cv-0630 MCE DAD PS |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | |
| Defendants. | |

Plaintiff John Schema is proceeding pro se and, therefore, this matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On January 26, 2015, the undersigned issued an order and findings and recommendations recommending that defendant's October 16, 2014 motion to dismiss be granted. (Dkt. No. 55.) Those findings and recommendations also provided that any party could file objections to those findings and recommendations within fourteen days. (Id.) On February 9, 2015, the parties filed a stipulation for an extension of time to allow plaintiff to file his objections to those findings and recommendations on or before February 27, 2015. (Dkt. No. 56.) The undersigned will construe that filing as plaintiff's request for an extension of time.

/////

/////

1

1       Plaintiff's request for an extension of time is granted.  Plaintiff shall file and serve his
2 objections to the January 26, 2015 findings and recommendations, if any, on or before February
3 27, 2015.
4       IT IS SO ORDERED.
5 Dated:  February 10, 2015

DAD:6
Ddad1\orders.pro se\schema0630.eot.ord.docx

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE