BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States et al.

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. SCHEMA,<br><br>         Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>         Defendants | No.  2:14-cv-0630-MCE-DAD-PS<br><br>**STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME FOR PLAINTIFF TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS.** |

On January 26, 2015, Judge Drozd entered Findings and Recommendations holding that Plaintiff's sole remaining cause of action be dismissed for lack of subject matter jurisdiction.  These were served by mail on *pro se* Plaintiff on or about January 27, 2015.  The Court previously approved an extension for Plaintiff to file objections to the Findings and Recommendations from February 6, 2015, to February 27, 2015.  (Dkt. No. 58).  On February 25, 2015, Plaintiff contacted the undersigned to request an additional three weeks.  The United States has no objection but is unlikely to agree to any further extension.  Now wherefore, the parties hereby stipulate to such an extension.

Respectfully Submitted,

Dated:  February 26, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney


*/s/ John D. Schema* (authorized 02/25/2015)
JOHN D. SCHEMA, in pro per

1

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.[1]

Dated:  March 1, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1\orders.pro se\schema0630.stip.eot2.ord.doc

---

[1] The court will not grant any further extensions of time for this purpose absent a compelling showing of good cause.

2